THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DAVID CARDENAS,

          Plaintiff,

vs.

SELECT PORTFOLIO SERVICING, INC., et al.,

          Defendants.

Case No.: 3:17-cv-01719-JLS-NLS

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

    Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files its Answer and Defenses to Plaintiff's Complaint ("Complaint") as follows:

## PRELIMINARY STATEMENT

    In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

///

# ANSWER

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

1.     Equifax states that the legislative history and provisions of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq*., ("FCRA") speak for themselves and to the extent Plaintiff misstates, misrepresents, and/or mischaracterizes the legislative history and provisions of the FCRA, the allegations in Paragraph 1 are denied.

2.     Equifax states that the legislative history and provisions of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq*., ("FDCPA") speak for themselves and to the extent Plaintiff misstates, misrepresents, and/or mischaracterizes the legislative history and provisions of the FDCPA, the allegations in Paragraph 2 are denied.

3.     Equifax states that the legislative history and provisions of Cal Civ. Code §§ 1788.1 (a)-(b) speak for themselves and to the extent Plaintiff misstates, misrepresents, and/or mischaracterizes the legislative history and provisions of the Cal. Civ. Code, the allegations in Paragraph 3 are denied.

4.     Equifax admits that Plaintiff purports to bring a claim against Defendants under the FCRA. Equifax denies that it violated the FCRA, denies that Plaintiff was damaged by any action or inaction of Equifax, and denies that Plaintiff is entitled to any of the relief requested.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 4.

5.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7. Equifax denies it violated the statutes in any manner whatsoever. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 7.

8. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. Equifax denies the allegations in Paragraph 9 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 9.

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11. To the extent Plaintiff has properly alleged his claims, Equifax admits the Court may exercise its jurisdiction.

12. Equifax admits that Plaintiff purports to bring this claim pursuant to the FCRA, CCCRAA and RFDCPA. Equifax denies that it violated the FCRA or any other law in its handling of Plaintiff's credit file. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 12.

13. To the extent Plaintiff has properly alleged his claims, Equifax admits the Court may exercise its jurisdiction.

14. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15. Equifax admits that Plaintiff is a natural person. Equifax admits that Plaintiff is a consumer as defined by the FCRA. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 15.

16. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

17.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18.    Equifax denies it is a corporation. Equifax admits the remaining allegations in Paragraph 18.

19.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21.    Equifax admits the allegations in Paragraph 21 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 21.

22.    Equifax states that the provisions of the California Code of Civil Procedure purportedly cited by Plaintiff in Paragraph 22 speak for themselves and to the extent Plaintiff misstates, mischaracterizes, and/or misrepresents those provisions, the allegations in Paragraph 22 are denied.

23.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26.    Equifax denies the allegations in Paragraph 26 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 26.

27.    Equifax denies the allegations in Paragraph 27 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 27.

28.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35.     Equifax admits the allegations in Paragraph 35.

36.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46.    In responding to Paragraph 46, Equifax states that the Metro 2 Format guidelines speak for themselves, and to the extent Plaintiff misquotes, misstates, or otherwise mischaracterizes their content, the allegations are denied.

47.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61.    Equifax admits that Plaintiff is an individual.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 61.

62.    Equifax admits it conducts business in California. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 62.

63.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63.

64.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67.    Equifax is without knowledge or information sufficient to form a

belief as to the truth of the allegations in Paragraph 67.

68.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68.

69.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

70.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

71.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71.

72.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75.

76.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

77.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

78.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.

79.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81.

82.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

84.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84.

85.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85.

86.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86.

87.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

88.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88.

89.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89.

90.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90.

91.     Equifax states that the statutory provisions described in Paragraph 91 speak for themselves. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA or CCCRAA, Equifax denies the allegations in Paragraph 91.

92.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92.

93.     Equifax is without knowledge or information sufficient to form a

belief as to the truth of the allegations in Paragraph 93.

94.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94.

95.    Equifax denies the allegations in Paragraph 95 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 95.

96.    Equifax denies the allegations in Paragraph 96 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 96.

97.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97.

98.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98.

99.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99.

100.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100.

101.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101.

102.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102.

103.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103.

104.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104.

105.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105.

106.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106.

107.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107.

108.  Equifax admits that it received a dispute from Plaintiff. The dispute speaks for itself, and to the extent that Plaintiff misstates, misquotes, mischaracterizes, or takes out of context the contents of the dispute, Equifax denies those allegations.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 108.

109.  Equifax states the dispute speaks for itself, and to the extent that Plaintiff misstates, misquotes, mischaracterizes, or takes out of context the contents of the dispute, Equifax denies those allegations.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 109.

110.  Equifax admits it notified SPS of Plaintiff's dispute. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 110.

111.  Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 111.

112.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112.

113.  Equifax admits it sent the results of its reinvestigation to Plaintiff. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 113.

114.  Equifax states the reinvestigation results speak for themselves, and to the extent that Plaintiff misstates, misquotes, mischaracterizes, or takes out of

context the contents of the reinvestigation results Equifax denies those allegations. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 114.

115.   Equifax denies the allegations in Paragraph 115 as they pertain to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 115.

116.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116.

117.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117.

118.   Equifax denies the allegations in Paragraph 118 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 118.

119.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119.

120.   Equifax denies the allegations in Paragraph 120 as they pertain to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 120.

121.   Equifax denies the allegations in Paragraph 121 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 121.

122.   Equifax denies the allegations in Paragraph 122 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 122.

123.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123.

124.   Equifax is without knowledge or information sufficient to form a

belief as to the truth of the allegations in Paragraph 124.

125.   Equifax denies the allegations in Paragraph 125 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 125.

126.   Equifax denies the allegations in Paragraph 126 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 126.

127.   Equifax denies the allegations in Paragraph 127 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 127.

128.   Equifax denies the allegations in Paragraph 128 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 128.

129.   Equifax denies the allegations in Paragraph 129 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 129.

130.   Equifax denies the allegations in Paragraph 130 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 130.

131.   Equifax denies the allegations in Paragraph 131 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 131.

132.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132.

133.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133.

134.   Equifax is without knowledge or information sufficient to form a

belief as to the truth of the allegations in Paragraph 134.

135. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135.

136. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136.

137. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137.

138. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138.

139. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139.

140. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140.

141. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141.

142. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142.

143. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143.

144. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144.

145. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145.

146. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146.

147. Equifax reasserts and re-alleges its responses and defenses as set forth above in Paragraphs 1 through 146.

148.   Equifax denies the allegations in Paragraph 148 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 148.

149.   Equifax denies the allegations in Paragraph 149 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 149.

150.   Equifax denies the allegations in Paragraph 150 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 150.

151.   Equifax reasserts and re-alleges its responses and defenses as set forth above in Paragraphs 1 through 150.

152.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152.

153.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153.

154.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154.

155.   Equifax reasserts and re-alleges its responses and defenses as set forth above in Paragraphs 1 through 154.

156.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156.

157.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157.

158.   Equifax admits Plaintiff has demanded a trial by jury and likewise demands a jury trial in this case.

159.   Equifax denies that Plaintiff is entitled to the relief requested in the Prayer for Relief on pages 27-28 of his Complaint.

## DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiff, Equifax pleads the following defenses to the Complaint:

### First Defense

Plaintiff's Complaint fails to state a claim against Equifax upon which relief can be granted.

### Second Defense

At all pertinent times, Equifax maintained reasonable procedures to assure maximum possible accuracy in its credit reports.

### Third Defense

Plaintiff's damages, if any, were not caused by Equifax, but by another person or entity for whom or for which Equifax is not responsible.

### Fourth Defense

Equifax has complied with the Fair Credit Reporting Act in its handling of Plaintiff's credit file and is entitled to each and every defense stated in the Act and any and all limitations of liability.

### Fifth Defense

At all relevant times herein, the Plaintiff's alleged damages, which Equifax denies exist, were aggravated by the failure of the Plaintiff to use reasonable diligence to mitigate the same. Therefore, Plaintiff's recovery, if any, should be barred or decreased by reason of his failure to mitigate alleged losses.

### Sixth Defense

Plaintiff cannot meet the requirements of 15 U.S.C. § 1681n in order to recover punitive or statutory damages.

### Seventh Defense

Equifax adopts by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme

Court in the following cases:  *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v. Leatherman Tool Group, Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S. 408 (2003), and *Safeco Insurance Co. of America v. Burr*, 551 U.S. 47 (2007).

Equifax reserves the right to have additional defenses that it learns through the course of discovery.

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2)    Equifax be dismissed as a party to this action;

(3)    Equifax receive a trial by jury for all issues so triable;

(4)    Equifax recover such other and additional relief as the Court deems just and appropriate.

Dated: September 14, 2017          NOKES & QUINN
                                    /s/ Thomas P. Quinn, Jr.
                                   THOMAS P. QUINN, JR.
                                   Attorneys for Defendant
                                   EQUIFAX INFORMATION
                                   SERVICES LLC

## CERTIFICATE OF SERVICE
**David Cardenas v. Select Portfolio Servicing, Inc. et al.**
**Case No.: 3:17-cv-01719-JLS-NLS**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **September 14, 2017**, I served a true copy of **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**:

[ ]    By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]    By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]    By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing: Laguna Beach, California.
Executed on **September 14, 2017,** at Laguna Beach, California.

## **SERVICE LIST**

| | |
|---|---|
| Clark Ovruchesky | Raagini Shah |
| Law Office of Clark Ovruchesky | Reed Smith LLP |
| 750 B Street | 355 South Grand Avenue |
| Suite 3300 | Suite 2900 |
| San Diego, CA 92101 | Los Angeles, CA 90071 |
| (619) 356-8960 | (213) 457-8218 |
| Fax: (619) 330-7610 | Fax: (213) 457-8080 |
| Email: co@colawcalifornia.com | Email: rshah@reedsmith.com |
| ***Attorneys for Plaintiff David Cardenas*** | ***Attorneys for Defendant Select Portfolio Servicing, Inc.*** |

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055